391 A.2d 700

Commonwealth v. Siverling, Appellant.

Argued April 18, 1978. Robert W. Lambert, for appellant; C. Kent Price, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

PRICE, J., did not participate in the consideration or decision of this case.